# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | |
| AGS Construction, LLC, | Case No.: 24-10663 KHT |
| Debtor. | Chapter: 7 |
| Jeffrey A. Weinman, Chapter 7 Trustee, | Adversary Case No.: 25-01067 KHT |
| Plaintiff, | |
| v. | |
| Buffalo Mtn Managers LLC and Expedition Station Condominium Association, Inc., | |
| Defendants. | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

THIS MATTER comes before the Court on the Motion for Default Judgment ("Motion") filed by Plaintiff Jeffrey A. Weinman, Chapter 7 Trustee ("Plaintiff"). The Motion seeks entry of a default judgment against Defendants Buffalo Mnt Managers, LLC and Expedition Station Condominium Association, Inc. (collectively, "Defendants"), jointly and severally, under L.B.R. 7055-1(b) and Fed. R. Civ. P. 55(b) (made applicable by Fed. R. Bankr. P. 7055). The Court, having reviewed the Motion and the file in this matter, and being advised of the premises, hereby

FINDS, ORDERS, and DECREES that

1. This Court has jurisdiction over this matter under 28 U.S.C. § § 157 and 1334 and the automatic referral of bankruptcy matters to this Court under D. Colo.L.Civ.P. 84.1(a).

2. The Court has considered venue in this matter, and venue is proper under 28 U.S.C. §§ 1408 and/or 1409.

3. Plaintiff filed a complaint seeking a determination that the outstanding receivable in the amount of $13,972.75 (the "Receivable") is of property of the estate and subject to turnover under 11 U.S.C. §§ 541 and 542.

4. A Summons was issued to Defendants and served pursuant to Fed. R. Bank. P. 7004(b). [Docket Nos. 2 and 4]. Under Bankruptcy Rule 7012(a), the Defendants' deadline to file a responsive pleading or otherwise defend was March 17, 2025. [Docket No. 2].

5. Defendants have not responded to the allegations against them, and this Court entered a clerk's default in this matter when Defendants failed to defend. Accordingly, the allegations in the Complaint are deemed admitted. Plaintiff also submitted a declaration attesting to the factual allegations in the Complaint.

6. The Receivable is property of the bankruptcy estate of AGS Construction, LLC, pursuant to 11 U.S.C. § 541.

7. The Receivable was owed cumulatively by the Defendants and outstanding as of December 8, 2023 (the "Petition Date"), the date AGS Construction, LLC, filed for relief under Chapter 7 of Title 11 of the U.S. Code.

8. The Receivable is not of inconsequential value and the Plaintiff may use the Receivable for the benefit of the estate.

9. The Receivable, or the value thereof, is subject to turnover pursuant to 11 U.S.C. § 542.

10. Plaintiff has also submitted with his Motion a declaration supporting his claim for damages and supporting documentation within the meaning of L.B.R. 7055-1(b).

11. In addition, attached to Plaintiff's Motion is an affidavit establishing that Defendants are not individuals and not an infant or incompetent person within the meaning of L.B.R. 7055-1(b)(2), and a declaration under L.B.R. 7055-1(b)(3) and L.B.R. 4002-3(c) establishing that Defendants not in the military service.

In light of the foregoing, the Court

ORDERS that the Motion is GRANTED. Default judgment is entered against Defendants Buffalo Mnt Managers, LLC and Expedition Station Condominium Association, Inc., jointly and severally, in the amount of $14,322.75, plus interest pursuant to 28 U.S.C. § 1961.

Dated: September 16, 2025.

BY THE COURT:

_____
Hon. Kimberley H. Tyson
United States Bankruptcy Court Judge