# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: <br><br> AGS Construction, LLC, <br><br>     Debtor. | Case No.: 24-10663 KHT <br><br> Chapter: 7 |
| Jeffrey A. Weinman, Chapter 7 Trustee, <br><br>     Plaintiff, <br> v. <br><br> Buffalo Mtn Managers LLC and Expedition Station Condominium Association, Inc., <br><br>     Defendants. | Adversary <br> Case No.: 25-01067 KHT |

## FINAL JUDGMENT

    Pursuant to and in accordance with the Order entering Default Judgment against Buffalo Mnt Managers, LLC and Expedition Station Condominium Association, Inc. by the Honorable Kimberley H. Tyson, United States Bankruptcy Court Judge, on September 16, 2025,

    IT IS ORDERED AND ADJUDGED as follows:

    FINAL JUDGMENT is entered in favor of Jeffrey A. Weinman, Chapter 7 trustee, and against Defendants Buffalo Mnt Managers, LLC and Expedition Station Condominium Association, Inc., jointly and severally, in the principal amount of $14,322.75, plus interest pursuant to 28 U.S.C. § 1961.

Dated: September 16, 2025.

By the Court:

_Kimberley H Ty_
Hon. Kimberley H. Tyson
United States Bankruptcy Court Judge